IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

VIVIAN R. GALLMAN-DERIENZO,    )
    )    Case No. 2:23-cv-02468-RMG-KDW
    Plaintiff,    )
v.    )
    )
WEBSTER UNIVERSITY,    )
    )
    )
    Defendant.    )

## **STATEMENT TO CERTIFY COMPLIANCE**

The undersigned counsel for Defendant Webster University hereby submits this Statement to certify its compliance with the Court's Amended Scheduling Order, specifically

1. Defendant has been provided a copy of the mediation requirements pursuant to Local Rules 16.03 – 16.12, Local Rules of the South Carolina District Court

2. Counsel for Defendant has discussed the availability of mediation with counsel for Plaintiff.

3. Counsel for Defendant has discussed both the advisability and timing of mediation with counsel for Plaintiff.

By: *s/Beverly A. Carroll*
Beverly A. Carroll
Morton & Gettys, LLC
P.O. Box 707
Rock Hill, SC 29732
Bev.Carroll@mortongettys.com
(803)366-3411

By: s/Elizabeth Silker
Elizabeth Silker
Quarles & Brady, LLP
300 N. LaSalle Street
Suite 4000
Chicago, IL 60654-3406
Elizabeth.silker@quarles.com

ATTORNEYS FOR DEFENDANT

April 15, 2025